CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
SEP - 6 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| VINCENT L. SIMMONS, ) | |
|    Petitioner, ) | Civil Action No. 7:07CV00193 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TERRY O'BRIEN, WARDEN ) | |
| U.S.P. LEE, et al., ) | By: Hon. Jackson L. Kiser |
|    Respondents. ) | Senior United States District Judge |

For the reasons set forth in the accompanying Memorandum Opinion, it hereby is

**ADJUDGED and ORDERED**

that Respondent's Motion to Dismiss is **GRANTED** and Simmons' suit is **DISMISSED** as to all Respondents.

The Clerk of Court is directed to strike this matter from the active docket of the court and to send certified copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 6th day of September, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge